HONGKONG AND SHANGHAI BANKING CORPORATION, Respondent, v. THE LAZARD-GODCHAUX COMPANY OF AMERICA, INC., Appellant.

*Bills, notes and checks — practice — action to recover upon drafts — when motion to strike out answer and for judgment properly granted.*

*Hongkong & Shanghai Banking Corpn.* v. *Lazard-Godchaux Co. of America, Inc.,* 207 App. Div. 174, affirmed.

(Argued December 16, 1924; decided January 21, 1925.)

APPEAL from a judgment, entered December 8, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion to strike out the answer and for judgment in favor of plaintiff and granted said motion. The action was to recover upon two drafts drawn by defendant to plaintiff's order, upon John Richards & Co., Ltd., of Shanghai and payable there. The drafts were duly accepted, but payment refused by the acceptor and defendant. Upon proof of the allegations of the complaint by offering full and detailed affidavits in connection with the drawing, presentation and failure to pay the drafts and notice of their dishonor, together with proof of the adoption of a resolution by defendant company, in which liability for the payment of the bill of exchange was set out, a motion for summary judgment was made. Defendant neither denied, contradicted nor explained the adoption of said resolution but relied upon alleged defects in notice of protest and in acceptance.

*Robert L. Luce, Lloyd Church* and *Sidney A. Clarkson* for appellant.

*Nathan Ottinger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.